**ANDRADE GONZALEZ LLP**
Sean A. Andrade (SBN 223591)
sandrade@andradefirm.com
Henry H. Gonzalez (SBN 208419)
hgonzalez@andradefirm.com
Terence L. Finley Jr. (SBN 284402)
tfinley@andradefirm.com
801 South Figueroa Street, Suite 1050
Los Angeles, CA 90017
Telephone: (213) 986-3950
Facsimile:  (213) 995-9696

Attorneys for Defendant CORTEVA AGRISCIENCE LLC (incorrectly named as E.I. du PONT, dba CORTEVA AGRISCIENCE)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORIA

| | |
|---|---|
| G&M FARMS INC., a California Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>E.I. du PONT, dba CORTEVA AGRISCIENCE, and Does 1-50, inclusive,<br><br>             Defendants. | **CASE NO.  1:24-cv-00213-BAM**<br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING (L. RULE 144; FRCP 6)** |

- 1 -

# ORDER

On February 21, 2024, the parties filed a stipulation for extension of time for Defendant to file a responsive pleading pursuant to Local Rule 144 and Federal Rule of Civil Procedure 6.  (Doc. 6.)  In the stipulation, the parties note that Plaintiff filed its complaint in Fresno County Superior Court on January 8, 2024, and Defendant filed a notice of removal on February 15, 2024.  (*Id.* ¶¶ 1-2.)  The deadline for Defendant's responsive pleadings is February 22, 2024.  (*Id.* ¶ 3.)  The parties further note that they have met and conferred and agreed to extend Defendant's date to respond to Plaintiff's complaint to March 8, 2024, and there have been no prior extensions regarding Defendant's deadline.  (*Id.* ¶¶ 4-5.)

Pursuant to the parties' stipulation and good cause appearing, Defendant shall file its responsive pleading to Plaintiff's complaint on or before **March 8, 2024**.

IT IS SO ORDERED.

Dated:   **February 22, 2024**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING (L. RULE 144; FRCP 6)