

# United States District Court
## Eastern District of California

| G&M Farms Inc. |
|---|
Plaintiff(s)

Case Number: 1:24-cv-00213-JLT-BAM

V.

| E.I. duPONT and Corteva Agriscience |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, William E. Padgett hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

EIDP, Inc. (erroneously named as E.I. du Pont) and Corteva Agriscience LLC

On October 23, 1995 (date), I was admitted to practice and presently in good standing in the Supreme Court of Indiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Counsel is also admitted to the U.S. District Courts for the Northern and Southern Districts of Indiana and U.S. Court of Appeals for the Seventh and Third Circuits

Date: May 20, 2024          Signature of Applicant: /s/ William E. Padgett

**Pro Hac Vice Attorney**

Applicant's Name: William E. Padgett
Law Firm Name: Barnes & Thornburg LLP
Address: 11 S. Meridian Street

City: Indianapolis   State: IN   Zip: 46204
Phone Number w/Area Code: 317-231-7353
City and State of Residence: Indianapolis, IN
Primary E-mail Address: William.Padgett@btlaw.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sean A. Andrade
Law Firm Name: Andrade Gonzalez LLP
Address: 801 S. Figueroa Street, Suite 1050

City: Los Angeles   State: CA   Zip: 90017
Phone Number w/Area Code: (213) 986-3950   Bar #: 223591

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 21, 2024

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

WILLIAM EDWARD PADGETT

is a member of the bar of the Supreme Court of Indiana since admission on October 23, 1995, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 20th day of May, 2024.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court