**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G&M FARMS INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>E.I. du Pont, dba CORTEVA AGRISCIENCE, and Does 1-50, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00213 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR LEAVE OF COURT TO FILE FOURTH AMENDED COMPLAINT<br><br>(Docs. 43, 50) |

  G&M Farms Inc. alleges that it suffered losses caused by the application of Fontelis fungicide to its blueberry plants, including the Snow Chaser variety. G&M Farms seeks for leave to file a fourth amended complaint. (Doc. 43.) The Court referred the motion to the magistrate judge for appropriate action. (Doc. 45.)

  The magistrate judge found that G&M Farms did not demonstrate "the requisite diligence to support modification of the Scheduling Conference Order." (Doc. 50 at 7.) The magistrate judge observed that "although G&M Farms aided the Court in creating a scheduling order, it is not evident that the present need to amend was caused by matters that were not, and could not be, foreseeable at the time the Scheduling Conference Order was entered." (*Id.*) For example, the magistrate judge found "G&M Farms has not indicated that the underlying facts and causes of action that it seeks to include in the fourth amended complaint were not known or knowable when

it initiated this action in January 2024." (*Id.*)  Furthermore, the magistrate judge found G&M Farms "had multiple opportunities to amend its complaint prior to expiration of the relevant amendment deadline as evidenced by filing both a first amended complaint and seeking leave to file a second amended complaint (now identified as the third amended complaint)." (*Id.*)  Therefore, the magistrate judge found there was not good cause for amending the scheduling order and recommended the motion to amend be denied.  (*Id.* at 7-8.)

The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 14 days.  (Doc. 50 at 8.)  The Court also informed the parties the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Neither party filed objections and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1), this Court performed a *de novo* review of the case.  Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on December 3, 2024 (Doc. 50) are **ADOPTED** in full.
2. G&M Farms' motion for leave of court to file fourth amended complaint (Doc. 43) is **DENIED**.

IT IS SO ORDERED.

Dated:   **December 22, 2024**

UNITED STATES DISTRICT JUDGE

2